**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 320
Madison, Wisconsin  53703

September 7, 2012

Jill Clark
2005 Aquila Av. N.
Golden Valley, MN 55427

      Re: 12-cv-650-wmc; *Clark, Jill et al, v. Klausing, Craig, et al.*

Dear Ms. Clark:

      This will acknowledge your documents received on September 6, 2012.  The court has docketed the filings and assigned your case a case number; however, the original documents are being returned to you because you did not sign them as required by Fed. R. Civ. P. 11(a). Please sign where indicated and promptly return the enclosed documents to the court.

      Please also be advised that there is a $350 filing fee for filing cases in a United States District Court.  Please provide a check or money order, made out to Clerk, U.S. District Court. In the event that you cannot afford the filing fee, I have enclosed a petition and affidavit to proceed without prepayment of fees/costs.

      Very truly yours,

      s/ J. Friedl

      Pro se Case Analyst

enc.