IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JILL CLARK, JILL CLARK P.A.,
JILL CLARK LLC and
TRISHA FARKARLUN

        Plaintiff,

  v.

ORDER

12-cv-650-wmc

CRAIG KLAUSING, MARTIN COLD,
CASSIE HANSON, LLOYD B. ZIMMERMAN,
LUCY A. WIELAND, ROBERT A BLAESER,
JAMES T. SWENSON, PETER CAHILL,
TANYA BRANSFORD, WARREN SAGSTUEN,
GEORGE SOULE, MICHAEL B. MILLER,
DANIEL MABLEY, MARGARET DALY,
MARK WERNICK, KAY LOGAJAN, MERILEE JOHNSON,
TONIA HARRIS, HERBERT LEFLER,
LYNN FUCHS, JEAN BURDORF, DANIEL MORENO,
STEVEN Z. LANGE, DAVID PAULL,
GARY A. LARSON, JOHN KOSTOROUS,
MARK THOMPSON, SUE DOSAL, JANICE REDDING,
THOMAS CONNOLLY, THOMAS A. WEXLER, NANCY PETERS,
THE SARS/SANE NURSE PROGRAM and JOHN DOES 1-10,

        Defendants.

---

On September 6, 2012, plaintiff Jill Clark, an attorney residing in the state of Minnesota, submitted an unsigned complaint. Plaintiff also did not pay the $350 filing fee in this case nor did she submit a motion for leave to proceed without prepayment of the filing fee. On September 7, 2012, the clerk's office sent plaintiff a letter notifying her that she did not sign her complaint as required by Fed. R. Civ. P. 11(a) and that she did not pay the $350 filing fee. Plaintiff has not responded to the letter from the clerk's office and the court has received no further submissions from plaintiff. I will give plaintiff a final chance to submit a complete and signed complaint and to either pay the $350 filing fee in this case or submit a motion for leave to proceed *in forma pauperis*.

ORDER

IT IS ORDERED that plaintiff Jill Clark may have until October 5, 2012, in which to submit a signed complaint and either the $350 filing fee or a motion for leave to proceed *in forma pauperis*. If, by October 5, 2012, plaintiff fails to respond to this order as directed, I will assume that she wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing this case at a later date.

Entered this 24th day of September, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge